Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:   (702) 474-6400
Facsimile:   (888) 400-8799

*Attorney for Plaintiffs*
*James Perea, individually, and with Mary Smith, as Special Administrator of the Estate of James Perea*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA (LAS VEGAS)**

| | |
|---|---|
| MARY SMITH, individually, and MARY SMITH, as Special Administrator of the Estate of JAMES PEREA,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; WELLPATH, LLC.; DOES 1-10, in their individual capacities<br><br>Defendants. | Case No. 2:22-cv-00981-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE RESPONSE TO WELLPATH'S MOTION TO DISMISS** |

THE PARTIES STIPULATE TO THE FOLLOWING:

Plaintiffs' deadline to respond to the Defendant WELLPATH'S Motion to Dismiss is hereby extended from September 13, 2022 to September 27, 2022.

1

September 12, 2022

PETER GOLDSTEIN LAW CORP

By: /s/ Peter Goldstein
  Peter Goldstein (SBN 6992)
  10161 Park Run Drive, Suite 150
  Las Vegas, Nevada 89145
  *Attorneys for Plaintiffs*


LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ S. Brent Vogel
  S. Brent Vogel (SBN 006858)
  6385 South Rainbow Blvd, Ste 600
  Las Vegas, NV 89118
  *Attorneys for Defendant, Wellpath, LLC*

**IT IS SO ORDERED.**

DATED September 13, 2022.

              _____
               UNITED STATES DISTRICT JUDGE

2