S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
ROBERT D. ROURKE
Nevada Bar No. 5757
Robert.Rourke@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant Wellpath, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY SMITH, individually, and as Special Administrator of the Estate of JAMES PEREA,<br><br>Plaintiff,<br>vs.<br><br>CLARK COUNTY; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; WELLPATH, LLC.; DOES 1-10, in their individual capacities,<br><br>Defendants. | Case No.: 2:22-cv-00981<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**FIRST REQUEST** |

Pursuant to LR 6-1, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file Defendant Wellpath, LLC's Reply in Support of Motion to Dismiss (ECF 11) in the above-captioned case fourteen (14) days, up to and including October 17, 2022.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

…

…

…

…

…

4891-5177-5030.1

WHEREFORE, the parties respectfully request that this Court extend the time for the

Defendants to file their Reply in Support of Motion to Dismiss (ECF 11) fourteen (14) days from the current deadline of October 4, 2022 up to and including October 17, 2022.

| Dated this 4th day of June, 2022. | Dated this 4th day of June, 2022. |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP | PETER GOLDSTEIN LAW CORP |
| /s/ S. Brent Vogel | /s/ Peter Goldstein |
| S. BRENT VOGEL<br>Nevada Bar No. 006858<br>ROBERT D. ROURKE<br>Nevada Bar No. 5757<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant Wellpath, LLC* | Peter Goldstein [SBN 6992]<br>PETER GOLDSTEIN LAW CORP<br>peter@petergoldsteinlaw.com<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Telephone: (702) 474-6400<br>Facsimile: (888) 400-8799<br>Attorney for Plaintiffs<br>Mary Smith, individually, and as Special Administrator of the Estate of James Perea |

**ORDER**

IT IS SO ORDERED.

Dated October 5, 2022.

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **From:** | Peter Goldstein |
| **To:** | Brown, Heidi |
| **Cc:** | Rourke, Robert; Vogel, Brent; San Juan, Maria |
| **Subject:** | Re: [EXT] Re: Perea v. Wellpath - Case No. 2:22-cv-00981 |
| **Date:** | Tuesday, October 4, 2022 3:43:50 PM |
| **Attachments:** | image001.png |



I will send an email to Lyssa Anderson who represents LVMPD and we can all coordinate dates and times.
The SAO is fine to file with my e-sig.
Peter



**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com

400 Corporate Pointe, Ste. 300
Culver City, CA 90230
Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com

On Tue, Oct 4, 2022 at 3:29 PM Brown, Heidi <Heidi.Brown@lewisbrisbois.com> wrote:

> Dear Mr. Goldstein,
>
> Please see the attached revised stipulation. As to the discussion regarding discovery, what times do you have available this week for a conference with Mr. Rourke? Thank you.



**Heidi Brown**

**Legal Secretary to**

**Adam Garth**

**Robert Rourke**

**Martin Manke**

heidi.brown@lewisbrisbois.com

T: 702.693.1716   F: 702.893.3789

6385 S. Rainbow Blvd. Suite 600 Las Vegas, Nevada 89118  |  LewisBrisbois.com

**Representing clients from coast to coast. View our nationwide locations.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Peter Goldstein <peter@petergoldsteinlaw.com>
**Sent:** Tuesday, October 4, 2022 3:23 PM
**To:** Brown, Heidi <Heidi.Brown@lewisbrisbois.com>
**Cc:** Rourke, Robert <Robert.Rourke@lewisbrisbois.com>; Vogel, Brent <Brent.Vogel@lewisbrisbois.com>; San Juan, Maria <Maria.SanJuan@lewisbrisbois.com>
**Subject:** [EXT] Re: Perea v. Wellpath - Case No. 2:22-cv-00981

looks good except wrong firm name above my signature, if you can fix that and we have to discuss the discovery plan/scheduling order due on october 14.

**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com

400 Corporate Pointe, Ste. 300
Culver City, CA 90230

Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com

On Tue, Oct 4, 2022 at 2:55 PM Brown, Heidi <Heidi.Brown@lewisbrisbois.com> wrote:

> Dear Mr. Goldstein,
>
> Attached for your review and approval is the stipulation to extend our reply deadline to the motion to dismiss that you spoke to Mr. Rourke about yesterday. Thank you.
>
>   **Heidi Brown**
>
> **Legal Secreary to**
>
> **Adam Garth**
>
> **Robert Rourke**
>
> **Martin Manke**
>
> heidi.brown@lewisbrisbois.com
>
> T: 702.693.1716   F: 702.893.3789
>
> 6385 S. Rainbow Blvd. Suite 600 Las Vegas, Nevada 89118  |  LewisBrisbois.com
>
> **Representing clients from coast to coast. View our nationwide locations.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.